# Third District Court of Appeal
## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1210
Lower Tribunal No. 14-25341
_____


**Jonathan Taba,**
Appellant,

vs.

**Tiffany Taba,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Jonathan Taba, in proper person.

Roberto E. Moran, P.A., and Roberto E. Moran, for appellee.


Before LOGUE, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.